UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSAN RUSCIANO,<br><br>                              Plaintiff,<br><br>              -v.-<br><br>ETHICON INC. and JOHNSON & JOHNSON,<br><br>                              Defendants. | 20 Civ. 5048 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

  This action was recently transferred to this Court from the District of West Virginia. (Dkt. #79). Based on the transferor court's Transfer Order (Dkt. #61), the Court understands that there is nothing left to do in this action except schedule trial. Accordingly, the Court ORDERS the parties to appear for a telephonic conference on **August 7, 2020, at 11:30 a.m.**, at which time the Court and parties will discuss the setting of a trial date. The dial-in information is as follows: At 11:30 a.m. the parties will dial (888) 363-4749 and enter access code 5123533. Please note that the conference will not be available prior to 11:30 a.m.

  SO ORDERED.

Dated: July 15, 2020
    New York, New York

                       KATHERINE POLK FAILLA
                       United States District Judge